**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00264-CR

---

### EX PARTE ORLANDO GUTIERREZ

---

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90023-W**

---

## ORDER

By order entered March 6, 2014, the Court ordered the Dallas County District Clerk to file the clerk's record, including all of the documents related to the habeas corpus application and the State's response, the trial court's order, and the trial court's certification of appellant's right to appeal, within twenty-one days. The clerk's record has not been filed and is now overdue in this accelerated appeal.

We **ORDER** the Dallas County District Clerk to file the clerk's record as described above within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Dallas County District Clerk Gary Fitzsimmons and the Dallas County District Clerk, Criminal Records Division.

/s/     JIM MOSELEY
            JUSTICE